# UNITED STATES DISTRICT COURT

for the

## Middle District of Georgia

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edlenco S. Billups                                   Case Number: 5:96-CR-00023-001

Name of Sentencing Judicial Officer: Wilbur D. Owens, United States District Judge (Retired)

Date of Original Sentence: April 3, 1997

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine Base
21 U.S.C. § 846 and § 841(a)(1)

Original Sentence: 300 months imprisonment to be followed by 5 years of supervised release

Type of Supervision: Term of Supervised Release    Date Supervision Commenced: May 3, 2019

Assistant U.S. Attorney: Charles L. Calhoun              Defense Attorney: Cecilia Cooper

### PETITIONING THE COURT

☒ To issue a warrant to be lodged as a detainer
☐ To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The person under supervision failed to refrain from a violation of the law in violation of the mandatory condition of supervision. On or about June 14, 2020, the person under supervision committed the new law violation of Public Indecency in Americus, Georgia. |
| 2 | The person under supervision violated a mandatory condition of supervision by using a controlled substance. On or about April 19, 2021, the person under supervision submitted a urine specimen which tested positive for the presence of cocaine and signed an Admission of Drug Use form. |
| 3 | The person under supervision failed to refrain from violation of the law in violation of the mandatory condition of supervision. On or about May 7, 2021, the person under supervision was arrested by the Georgia Bureau of Investigation for the offenses of Sale of a Controlled Substance in Americus, Georgia. |
| 4 | The person under supervision violated a mandatory condition of supervision by unlawfully possessing a controlled substance. On or about date May 7, 2021, the person under supervision possessed cocaine as evidenced by his arrest by the Georgia Bureau of Investigation on May 7, 2021. |

**U.S. PROBATION OFFICER RECOMMENDATION:**

On April 3, 1997, the Honorable Wilbur D. Owens, United States District Judge, sentenced Edlenco S. Billups to 300 months imprisonment to be followed by 5 years of supervised release after a conviction for Conspiracy to Possess with Intent to Distribute Cocaine Base. On May 2, 2019, a reduction in the term of imprisonment was filed pursuant to 18 U.S.C. § 3582(c)(1)(B). Billups term of imprisonment was reduced to time served. His term of supervision commenced on May 3, 2019.

On or about June 27, 2020, the person under supervision was arrested for Indecent Exposure by the Sumter County Sheriff's Office, Americus, Georgia. Details of the offense indicate that on or about June 14, 2020, Edlenco Billups was observed walking around a liquor store openly masturbating. The case is currently pending in the Sumter County State Court, Americus, Georgia under docket number 20SR200. On July 10, 2020, the Court was notified of the violation and no action was requested pending the disposition of the case.

On April 19, 2021, Billups submitted a urine specimen which tested positive for the presence of cocaine. He initially denied use of cocaine but later admitted to having "slipped" over the weekend. The defendant admitted to last use of cocaine on or about April 16, 2021. In response to this positive drug test, the probation office utilized cognitive behavioral interventions to address the noncompliance and requested no Court action at that time.

On or about April 27, 2021, agents with the Georgia Bureau of Investigation and detectives with the Sumter County Sheriff's office conducted a controlled buy of suspected crack cocaine from Billups. Details of the operation indicate that agents used a confidential informant to purchase two small chunks of an off-white in color substance consistent with crack cocaine from Billups at his residence located 1427 North Lee Street, Apartment B, Americus, Georgia.

On or about May 3, 2021, agents with the Georgia Bureau of Investigation and detectives with the Sumter County Sheriff's office conducted a second controlled buy of suspected crack cocaine from Billups. Details of the operation indicate that agents used a confidential informant to purchase $40 of an off-white in color substance consistent with crack cocaine from Billups at his residence located 1427 North Lee Street, Apartment B, Americus, Georgia.

On May 7, 2021, agents with the Georgia Bureau of Investigation and detectives with the Sumter County Sheriff's office executed a search warrant at Billups residence located at 1427 North Lee Street, Apartment B, Americus, Georgia. As a result of the search, agents located suspected crack cocaine originally found in he kitchen trash can; suspected crack cocaine was discovered on the kitchen counter; a large quantity of U.S. Currency on the master bedroom dresser and inside the top left dresser drawer; two scales each with a powdery white in color residue on the scale itself; a ledger for recording suspected drug activity; multiple small plastic baggies with some of them appearing to have had the corners pinched off commonly used for packaging narcotics.

The defendant is currently being housed in the Sumter County Detention Center, Americus, Georgia, where he is being held without bond.

Based on the above noted violations, the United States Probation Office respectfully recommends that the Court issue a warrant for the defendant to be lodged as a detainer with state authorities pending disposition of the charges noted above.

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 25, 2021

*Clayton Hester* (signature)
Clayton B. Hester
U.S. Probation Officer

Approved by: *Vernon D. Bronner* (signature)
Vernon D. Bronner
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☐ No action.

☒ The issuance of a warrant to be lodged as a detainer with state authorities.

☐ The issuance of a summons.

☐ Other: _____

*Leslie Abrams Gardner* (signature)
Leslie Abrams Gardner
U.S. District Judge

5/26/2021
Date