IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT ALBANY, GEORGIA



## MINUTE SHEET FINAL HEARING
## REVOCATION OF SUPERVISED RELEASE

| | |
|---|---|
| Date:  November 3, 2021 | Court Time for MJSTAR:/JS10: /44 |
| Judge:  **LESLIE A. GARDNER** | Court Reporter:  Mindy Martin |
| Courtroom Deputy:  Felicia Rushing | Law Clerk: |

**Case Number:   5:96-cr-00023-LAG-CHW-1**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA:  James N Crane |
| v. | |
| EDLENCO SHANDAR BILLUPS | Counsel:  Kelly M Sullivan |

Agents:/Experts in Attendance:   Clayton Hester, USPO

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

| | |
|---|---|
| 3:09 | Case called.  Parties identified.  Preliminary remarks by the Court. |
| | The Court set forth petition allegations.  Defendant stipulated to violation 2. |
| | Witness Destiny Tier called and appeared via Zoom.  Witness sworn and testified. |
| | Witness John Krause called, sworn and testified.  The Court found by a preponderance of the evidence that Defendant violated petition allegations 1, 3, and 4. |
| | The Court found that the terms of supervised release have been violated. |
| | The hearing was suspended and will be rescheduled on the docket at a later date. |
| 3:53 | Concluded. |